Approved.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| KNIGHTBROOK INSURANCE COMPANY, | ) | CASE NO: 3:22-cv-00984 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| | ) | |
| EGL EXPEDITED INC., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Knightbrook Insurance Company hereby gives notice that this action is voluntarily dismissed. Defendant EGL Expedited, Inc. has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(A)(1)(B)

Respectfully submitted,

/s/Chloe C. DeAngelis
**GARY L. NICHOLSON (0005268)**
**CHLOE C. DEANGELIS (0098772)**
GALLAGHER SHARP LLP
1215 Superior Avenue, 7th Floor
Cleveland, OH 44114
Telephone: (216) 241-5310
Facsimile: (216) 241-1608
Email: gnicholson@gallaghersharp.com
cdeangelis@gallaghersharp.com
*Counsel for Plaintiff KnightBrook Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic system. Parties may access this filing through the Court's system.

/s/Chloe C. DeAngelis
**GARY L. NICHOLSON (0005268)**
**CHLOE C. DEANGELIS (0098772)**
**GALLAGHER SHARP LLP**
*Counsel for Plaintiff KnightBrook Insurance Company*